IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CR. NO. 03-20187M1V |
| | ) | |
| LARRY BOWMAN, | ) | |
| Defendant. | ) | |

ORDER ALLOWING WITHDRAWAL OF COUNSEL

Before the court is the April 11, 2005 motion filed by court-appointed counsel Robert C. Brooks to withdraw from further representation of the defendant. As grounds for the motion, counsel states that he represented the defendant on appeal, that the case has been remanded for re-sentencing, and that his practice is limited to appellate work.

The court finds the motion well-taken.

IT IS THEREFORE ORDERED for good cause shown that Robert C. Brooks be and hereby is allowed to withdraw as counsel for the defendant. New counsel will be appointed from the CJA list of attorneys by separate order.

_____
DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

April 21, 2005
DATE



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 49 in case 2:03-CR-20187 was distributed by fax, mail, or direct printing on April 25, 2005 to the parties listed.

---

Robert C. Brooks
LAW OFFICE OF ROBERT C. BROOKS
P.O. Box 771558
Memphis, TN 38177

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT