IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
AT MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                        CR. No.: 03-20187-M1

LARRY BOWMAN,

    Defendant.

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL OF RECORD

IT APPEARING to the Court that counsel's motion to withdraw in the above referenced cause is well taken, not opposed and ought to be granted.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Steffen G. Schreiner, Attorney at Law, is allowed to withdraw as counsel of record for the Defendant.

**IT IS SO ORDERED.**

_____
THE HONORABLE
JON P. McCALLA
JUDGE
UNITED STATES DISTRICT COURT

Aug 18, 2005
DATE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  8-19-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 57 in case 2:03-CR-20187 was distributed by fax, mail, or direct printing on August 19, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT