FILED BY _____ D.C.

05 SEP 28 AM 11:04

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
Plaintiff,

v.

LARRY BOWMAN,
Defendant.

Cr.No. 2:03-cr-20187-M1

## ORDER RESCHEDULING SENTENCE HEARING

It is ORDERED that the motion by the Defendant, ~~John D. Taylor~~ *Larry Bowman*, to continue the sentencing hearing set for Wednesday, September 28, 2005, is GRANTED. This matter is RESCHEDULED to begin at 10:30 a.m. on Tuesday, October 4, 2005.

John P. McCalla
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-28-05

(59)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 59 in case 2:03-CR-20187 was distributed by fax, mail, or direct printing on September 28, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT