IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Criminal No. 03-20187-Ml |
| ) | MOTION GRANTED |
| LARRY D. BOWMAN, ) | |
| Defendant. ) | |

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Oct. 10, 2005
DATE

## MOTION TO WITHDRAW AS COUNSEL

Come now William D. Massey and Lorna S. McClusky, attorney of record for defendant Mr. Bowman, and respectfully moves this Court for permission to withdraw as counsel for Mr. Bowman. In support of this motion, counsel would state as follows:

1. Counsel was retained to represent Mr. Bowman for re-sentencing in this matter.

2. Counsel's contract with Mr. Bowman specifically states that the representation is limited to re-sentencing and does not include representation in an appeal.

3. Mr. Bowman has not met his obligation to counsel under the contract in regard to the re-sentencing. Mr. Bowman's failure to meet his obligations under the contract has created an actual conflict.

4. Mr. Bowman has stated that he wishes to appeal his re-sentencing. Mr. Bowman has not retained counsel for the appeal.

5. In the presence of the conflict, the proper remedy is withdrawal of counsel pursuant to Rule 8. Counsel has provided a copy of this motion to Mr. Bowman.

WHEREFORE, counsel respectfully requests that her motion to withdraw be granted.

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  10-11-05

64

Respectfully submitted this 5th day of October, 2005.

THE LAW OFFICE OF
MASSEY MCCLUSKY
3074 East St.
Memphis, TN 38128
901-384-4004

By: Lorna S. McClusky, B.P.R. No. 16803

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing motion was delivered to Larry D. Bowman, CCA-Federal Pre-trial Detention, P.O. Box 509, Mason TN 38049, via U.S. mail, postage pre-paid, and Rae Oliver, AUSA, Suite 800, Federal Building, Memphis, TN, via hand-delivery this 5th day of October, 2005.

Lorna S. McClusky

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 64 in case 2:03-CR-20187 was distributed by fax, mail, or direct printing on October 11, 2005 to the parties listed.

---

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT